No. 98–7540. CARMELL v. TEXAS. Ct. App. Tex., 2d Dist. Motion of petitioner for leave to proceed in forma pauperis

granted. Certiorari granted limited to Question 1 presented by the petition.